# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 521 |
| | : | |
| ORDER AMENDING RULE 576.1 OF | : | CRIMINAL PROCEDURAL RULES |
| THE PENNSYLVANIA RULES OF | : | |
| CRIMINAL PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of August, 2020, upon the recommendation of the Criminal Procedural Rules Committee; the proposal not having been published before adoption in the interests of justice and efficient administration*,* and a *Final Report* to be published with this **ORDER:**

      **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Criminal Procedure 576.1 is amended, in the attached form.

      This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective October 1, 2020.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.